EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Ramón Torres Catalán | 2002 TSPR 21<br><br>156 DPR _____ |

Número del Caso: TS-7028


Fecha: 15/febrero/2002


Colegio de Abogados de Puerto Rico:
                    Lcda. Sheila I. Veléz Martínez
                    Directora Ejecutiva


Abogado de la Parte Querellada:
                    Lcdo. Rafael Ocasio Rivera



Materia: Solicitud de Reinstalación



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón Torres Catalán                    TS-7028


RESOLUCIÓN

San Juan, Puerto Rico, a 15 de febrero de 2002


Visto el escrito radicado el 10 de enero de 2002 por la Lcda. Sheila I. Vélez Martínez, Directora Ejecutiva del Colegio de Abogados de Puerto Rico, se ordena la reinstalación a la práctica de la abogacía del Lcdo. Ramón Torres Catalán.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina